# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIC THORNTON,<br><br>          Plaintiff,<br><br>vs.<br><br>WAL-MART STORES EAST, LP,<br><br>          Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-01286-ELR |

## J U D G M E N T

This action having come before the Court, Honorable Eleanor L. Ross, United States District Judge, for consideration of this Court's April 7, 2021 Order, and the Court having determined that it lacks subject matter jurisdiction, it is

**Ordered and Adjudged** that the action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE**.

Dated at Atlanta, Georgia, this 16th day of April, 2021.

                                              JAMES N. HATTEN
                                              CLERK OF COURT

                                By:   s/Jessica Kelley
                                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 16, 2021
James N. Hatten
Clerk of Court

By:  s/Jessica Kelley
       Deputy Clerk